UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN DEAN PARKS,                      No. C-12-6140 EMC (pr)

        Plaintiff,

    v.                                         **ORDER REVOKING PAUPER STATUS**

G. WILLIAMS, C/O,

        Defendant.
_____/

      The Ninth Circuit has requested this Court to determine whether *in forma pauperis* status should continue for Plaintiff on appeal in this action or whether the appeal is frivolous or not taken in good faith. *See* 28 U.S.C. § 1915(a)(2). The Court now certifies that the appeal is not taken in good faith and revokes *in forma pauperis* status for Plaintiff on appeal in this action.

      IT IS SO ORDERED.

Dated: November 1, 2013

                                                            _____
                                                           EDWARD M. CHEN
                                                           United States District Judge