UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEAN PARKS, | No. C-12-6140 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S MOTION FOR CLEAR UNDERSTANDING** |
| G. WILLIAMS, C/O, | |
| Defendant. | |

Plaintiff has filed a "motion for clear understanding of an indigent prisoner filing *in forma pauperis*." (Docket # 15.) The Court construes the motion to be a request for an explanation of why Plaintiff has received notices from the Ninth Circuit that his appeal fee payment is now due. As so construed, the motion is **GRANTED** and the Court provides the following explanation.

Although initially allowed to proceed *in forma pauperis* in the district court, a plaintiff's ability to proceed *in forma pauperis* on appeal is contingent on his appeal being taken in good faith and being non-frivolous. If an appeal is deemed to be not taken in good faith or is deemed to be frivolous by the district court or the appellate court, *in forma pauperis* status is revoked and the plaintiff becomes immediately obligated to pay the full filing fee for the appeal. The revocation of *in forma pauperis* status pertains to the quality of the appeal (*i.e.*, whether it is in good faith and non-frivolous) and does not pertain to the quantity of money the pauper-plaintiff has available. Here, this Court determined that Plaintiff's appeal was not taken in good faith and revoked *in forma pauperis* status. With the revocation of *in forma pauperis* status, Plaintiff became immediately

obligated to pay the full filing fee for his appeal.  That is why Plaintiff has received notices from the Ninth Circuit that he must now pay the filing fee.

Plaintiff should not file any more motions in this closed case.

IT IS SO ORDERED.

Dated: June 3, 2014

_____
EDWARD M. CHEN
United States District Judge

United States District Court
For the Northern District of California